IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARIANA BALDERRAMA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:25-cv-00214-KC |
| DEPLOYED SERVICES, LLC, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

**DEFENDANT'S RESPONSE TO
THE COURT'S INTERIM ORDER**

Defendant Deployed Services, LLC ("Defendant" or "Deployed Services") hereby submits

its Response to the Court's Interim Order dated December 16, 2025, by attaching the following:

      1.    Declaration of Danielle Leible


Date:  January 6, 2026

Respectfully submitted,

By:  */s/ Jennifer M. Trulock*
**JENNIFER M. TRULOCK**
Texas Bar No. 90001515
jtrulock@bradley.com
**LEANNE K. THORESON**
Texas Bar No. 24065695
lthoreson@bradley.com

**BRADLEY ARANT BOULT CUMMINGS LLP**
1445 Ross Avenue, Suite 3600
Dallas, Texas 75202
Telephone: (214) 257-9800
Facsimile: (214) 939-8787

**ATTORNEYS FOR DEFENDANT
DEPLOYED SERVICES, LLC**

## CERTIFICATE OF SERVICE

I certify that on this 6th day of January 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve a true and correct copy on all counsel of record.

/s/ *Jennifer M. Trulock*
Jennifer M. Trulock

**Exhibit 1**

## DECLARATION OF DANIELLE LEIBLE

I, Danielle Leible, hereby declare and state as follows:

1.      I am an adult over the age of 18 and resident of Indiana.  The information set forth herein is true and correct of my own personal knowledge (unless otherwise stated) and if asked to testify thereto, I would do so competently.

2.      I am presently employed at Deployed Resources, LLC ("Deployed Resources") as HRIS Director.  I have been employed at Deployed Resources since February 26, 2018. As of September 20, 2025, Deployed Resources assumed the Human Resources functions and records of Deployed Services LLC.  This change was the result of the cancellation of Deployed Services existing federal contracts, which caused a significant reduction in force at Deployed Services and ultimately halted its business operations.

3.      I make this Declaration based upon my personal knowledge and information available to me, including records maintained in the ordinary course of Deployed Resources' business.

4.      In response to Question D1, Deployed Services provided Ms. Balderrama with a copy of the Mutual Agreement to Arbitrate Claims (the "Arbitration Agreement") by delivering an onboarding packet to the Gmail account associated with Ms. Balderrama's Recruiting/Onboarding profile. A true and correct copy of Ms. Balderrama's Recruiting/Onboarding profile is attached as Exhibit A, with the Gmail address on page 3. Under "Onboarding Details," the hire and start dates are both listed as August 14, 2024. These were the dates that were assigned in the system. The message sent to Ms. Balderrama is listed on page 4 of the profile, and states, "Please note that this is your tentative start date. You will be provided your start date once your paperwork is complete and your background is cleared." The onboarding

packet lists 24 policies and documents that must be signed on pages 5-7.[1] The second document listed is the Arbitration Agreement, which shows, "Signed by Mariana Balderrama on 08/16/2024." Each document was viewable in the Recruiting/Onboarding system, and the system reflects that she viewed the Arbitration Agreement on August 16, 2024, before she signed it. A true and correct copy of the report generated regarding Ms. Balderrama's interactions with the onboarding packet is attached as Exhibit B.

5.      In response to Question D2, Deployed Services only has the text of the message sent to Ms. Balderrama's Gmail address. That text is contained in Exhibit A, on page 4, under Personal Message to New Hire.

6.      In response to Question D3(a), Ms. Balderrama created a profile in Deployed Services' recruiting system on May 14, 2024. On August 12, 2024, Ms. Balderrama applied for three positions with Deployed Services: Guard, Porter, and Housekeeping. Attached as Exhibits C, D, and E are true and correct copies of Ms. Balderrama's applications for the Guard, Porter, and Housekeeping positions. These applications included a Deployed Services email address for Ms. Balderrama, which was administratively applied by Deployed Services' comprehensive human capital management platform, UKG Pro ("UKG"). Applicants did not have access to their Deployed Services email account prior to their first day of work and, for this reason, none of the paperwork required to be completed prior to starting work for Deployed Services was sent to the Deployed Services email address. As part of the three applications, Ms. Balderrama also submitted a resume, which listed a Gmail address, balderrama.mariana@gmail.com. A true and correct copy of the resume provided as part of Ms. Balderrama's applications is attached as Exhibit F.

---

[1] Ms. Balderrama did not upload the front and back of a document called PRC Upload. She was not required to do so as part of onboarding.

7.    In response to Question D3(b), all applications for work were electronic, as were profiles. Deployed Services does not have a record of where Ms. Balderrama's username was created, only that she created it on May 14, 2024, which was about three months before she submitted her applications for the Guard, Porter, and Housekeeping positions on August 12, 2024.

8.    In response to Question D3(c), a candidate could add a profile to Deployed Services' system through a job board or directly from the Deployed Services web site career page. Profiles were created in UKG. Once a candidate created a profile, the candidate could apply for any posted position. UKG used the email address provided by the candidate as the candidate's primary identifier. This email address is also used for Onboarding paperwork if the candidate was offered and accepted a position. Deployed Services used the balderrama.mariana@gmail.com email address exclusively to communicate with Ms. Balderrama prior to her start date. See Exhibit G. For example, at the top of page 2, Exhibit G, Deployed Services Recruiting emailed balderrama.mariana@gmail.com to inform Ms. Balderrama she was not selected for the Guard I position. Likewise, at the bottom of page 2, Exhibit G, Deployed Services Recruiting emailed balderrama.mariana@gmail.com to inform Ms. Balderrama she was not accepted for the Porter I position. Deployed Services did not have access to Ms. Balderrama's UKG email or login information while she was a candidate. If Ms. Balderrama forgot her password, she would have had to click on the "forgot password" link to retrieve her password. If Ms. Balderrama did not have access to the email account she used for her UKG profile, then Ms. Balderrama would have had to create a new profile in UKG with an email account she could access.

9.    With respect to Question D4, Deployed Services does not know where Ms. Balderrama was physically located when she electronically signed documents for the onboarding process. However, Deployed Services has a report of Ms. Balderrama's interactions with the

3

onboarding packet, which shows that Arbitration Agreement was signed on August 16, 2024, and the IP addresses that Ms. Balderrama used when signing the documents were 10.212.252.26 and 10.212.252.21. *See* Exhibit B. The IP address for Deployed Services' El Paso location was 97.77.134.13.

My name is Danielle Leible, my date of birth is July 9, 1982, and my business address is 164 McPike Rd, Rome NY 13441. I declare under penalty of perjury and the laws of the State of Texas that the foregoing is true and correct,

Executed in St. John, State of Indiana, on January 6, 2026.

*Danielle Leible*
Danielle Leible (Jan 6, 2026 16:59:36 EST)

_____

Danielle Leible

**Exhibit A**



Processes

Provisioning

 Audit Report

**‹ Back to Tasks**

---

### Job & Company

**Job**
HKL I / HKL / United States

**Component Company**
Deployed Services, LLC

**Work Location**
CBP El Paso B

**Supervisor**
Julio Covarrubias / Assistant Site Manager

**Employee Type**
Contract SCA

**FLSA Status**
Non-Exempt

**Department**
3155HK / 3155 Housekeeping-Laundry

**Sub Dept**
HKLSD / 3155 Housekeepng Lndry SD

**Region**
CBPELP / CBP El Paso B

---

### Compensation

**Full Time / Part Time**
Full Time

**Scheduled Hours**
40.0000

**Shift**
*None provided*

**Salary / Hourly**
Hourly

**Pay Currency**
US Dollar / USD

**Rate**
$ 17.6000 USD per Hour

Personal

**Name**
Mariana Balderrama

**Email**
balderrama.mariana@gmail.com

**Address**
7239 Canyon Wren Ave.
El Paso, TX 79911 USA

**Phone**
+1915-704-9612 (Primary)

Onboarding Details

**Hire Date**
08/14/2024

**Orientation Date**
*None provided*

**Start Date**
08/14/2024

**Mentor**
*None provided*

*None provided*

### Brief Description of Mentor
*None provided*

### New Hire Preferred Language
English (USA)

### Personal Message for the New Hire
Please note that this is your tentative start date. You will be provided your start date once your paperwork is complete and your background is cleared.

### Onboarding Process
CBP Employees
*Due 08/09/2024*
CBP Employees

This process includes:

- Welcome Message
- New Hire Tasks Completed
- EEOC
- Disability Status
- Veteran Status
- Direct Deposit
- Tax Forms
- Residency And Wage Forms

Language Prescription: None   Learn more

### Initial Goal
*None provided*

### Disability Status
Accommodations?         No

Provisioning

### Provisioning Notifications (CBP Employees)

*There are no provisioning items associated with the selected Onboarding Process.*

## Branding

**Brand Name**
Deployed Services Onboarding - Default

## Documents

**Personal Information**

- Voluntary Self-Identification of Disability Form
  *Signed by Mariana Balderrama 08/16/2024*

**Employment Eligibility (1)**

- Drivers License or Government ID Upload
  *Uploaded by Mariana Balderrama 08/16/2024*

**Pay & Tax Forms (1)**

- Federal Tax Form W-4
  *Signed by Mariana Balderrama 08/16/2024*

**Policies and Documents (24)**

- 401(k) Participant Notification
  *Signed by Mariana Balderrama 08/16/2024*

- Arbitration Agreement
  *Signed by Mariana Balderrama 08/16/2024*

- Bird & 77 Information
  *Signed by Mariana Balderrama 08/16/2024*

- CBP Federal Vetting Process Notice
  *Signed by Mariana Balderrama 08/16/2024*

- Confidentiality Agreement
  *Signed by Mariana Balderrama 08/16/2024*

- DHS NDA
  *Signed by Mariana Balderrama 08/16/2024*

- Driving Policy and MVR Permission
  *Signed by Mariana Balderrama 08/16/2024*

- Drug Policy and Informed Consent

*Signed by Mariana Balderrama 08/16/2024*

- DS - Media Release
  *Signed by Mariana Balderrama 08/16/2024*

- DS - PRC Upload - Back
  *Not uploaded*

- DS - PRC Upload - Front
  *Not uploaded*

- DS - Vetting Document Upload Social Security
  Card
  *Uploaded by Mariana Balderrama 08/16/2024*

- DS- Acceptable Tech Use
  *Signed by Mariana Balderrama 08/16/2024*

- DS-Code of Conduct
  *Signed by Mariana Balderrama 08/16/2024*

- DS-Zero Tolerance Policy
  *Signed by Mariana Balderrama 08/16/2024*

- EEO Policy
  *Signed by Mariana Balderrama 08/16/2024*

- Employee Self-Certification
  *Signed by Mariana Balderrama 08/16/2024*

- FCRA Disclosure
  *Signed by Mariana Balderrama 08/16/2024*

- FCRA Fact Sheet
  *Signed by Mariana Balderrama 08/16/2024*

- How to Safeguard PII
  *Signed by Mariana Balderrama 08/16/2024*

- PREA Compliance Acknowledgement
  *Signed by Mariana Balderrama 08/16/2024*

- PREA Presentation
  *Signed by Mariana Balderrama 08/16/2024*

- Safeguard Sensitive Compliance
  Acknowledgement
  *Signed by Mariana Balderrama 08/16/2024*

- Work Email Agreement

*Signed by Mariana Balderrama 08/16/2024*

Show less ...

Back to Tasks

 share feedback

**Exhibit B**

| SAVED (UTC) | USER ID | IP ADDRESS | USERNAME | USER | NEW HIRE ID | NEW HIRE | AREA | ACTION | FIELD | PREVIOUS | UPDATED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/2024 20:56 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | New Hire Upload | Uploaded | DS - Vetting Document Upload Social Security Card | | 08/16/2024 14:56:58 -06:00 |
| 8/16/2024 20:54 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | New Hire Upload | Uploaded | Drivers License or Government ID Upload | | 08/16/2024 14:54:46 -06:00 |
| 8/16/2024 20:25 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | DHS NDA | | Mariana Balderrama |
| 8/16/2024 20:22 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | DHS NDA | | 08/16/2024 14:22:40 -06:00 |
| 8/16/2024 20:22 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | PREA Compliance Acknowledgement | | Mariana Balderrama |
| 8/16/2024 20:21 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | PREA Compliance Acknowledgement | | 08/16/2024 14:21:47 -06:00 |
| 8/16/2024 20:21 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | FCRA Disclosure | | Mariana Balderrama |
| 8/16/2024 20:20 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | FCRA Disclosure | | 08/16/2024 14:20:35 -06:00 |
| 8/16/2024 20:20 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | Arbitration Agreement | | Mariana Balderrama |
| 8/16/2024 20:17 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | Arbitration Agreement | | 08/16/2024 14:17:57 -06:00 |
| 8/16/2024 20:17 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | CBP Federal Vetting Process Notice | | Mariana Balderrama |
| 8/16/2024 20:16 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | CBP Federal Vetting Process Notice | | 08/16/2024 14:16:17 -06:00 |
| 8/16/2024 20:16 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | Safeguard Sensitive Compliance Acknowledgement | | Mariana Balderrama |
| 8/16/2024 20:16 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Safeguard Sensitive Compliance Acknowledgement / Date of Birth / Date of Birth | | **** |
| 8/16/2024 20:15 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | Safeguard Sensitive Compliance Acknowledgement | | 08/16/2024 14:15:03 -06:00 |
| 8/16/2024 20:14 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | Employee Self-Certification | | Mariana Balderrama |
| 8/16/2024 20:14 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | Employee Self-Certification | | 08/16/2024 14:14:27 -06:00 |
| 8/16/2024 20:14 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | DS - Media Release | | Mariana Balderrama |
| 8/16/2024 20:14 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | DS - Media Release / Media Release Consent / Media Release Consent | | **** |
| 8/16/2024 20:12 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | DS - Media Release | | 08/16/2024 14:12:32 -06:00 |
| 8/16/2024 20:12 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.26 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | DS- Acceptable Tech Use | | Mariana Balderrama |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | DS- Acceptable Tech Use | | 08/16/2024 11:05:41 -06:00 |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | Bird & 77 Information | | Mariana Balderrama |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / NH Middle Name / NHMM | | **** |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Suffix / Suffix | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Gender / Gender | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Date of Birth / Date of Birth | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / State of Birth / State of Birth | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / City of Birth / City of Birth | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Country of Birth / Country of Birth | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Are you a U_S Citizen? / Are you a U_S Citizen? | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / What country are you currently a citizen of? / What country are you a citizen in? | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Do you have a permeant resident card? / Do you have a permeant resident card? | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Mothers Maiden name / Mothers Maiden name | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Mothers First Name / Mothers First Name | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Mothers Middle Initial / Mothers Middle Initial | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Fathers Last Name / Fathers Last Name | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Fathers First Name / Fathers First Name | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Fathers Middle Name / Fathers Middle Name | **** |
| 8/16/2024 17:05 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Updated | Bird & 77 Information / Phone number / Phone number | **** |
| 8/16/2024 17:02 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | Bird & 77 Information | 08/16/2024 11:02:54 -06:00 |
| 8/16/2024 17:02 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | EEO Policy | Mariana Balderrama |
| 8/16/2024 17:02 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | EEO Policy | 08/16/2024 11:02:11 -06:00 |
| 8/16/2024 17:02 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | Work Email Agreement | Mariana Balderrama |
| 8/16/2024 17:01 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | Work Email Agreement | 08/16/2024 11:01:23 -06:00 |
| 8/16/2024 17:01 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | DS-Zero Tolerance Policy | Mariana Balderrama |
| 8/16/2024 17:00 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Viewed | DS-Zero Tolerance Policy | 08/16/2024 11:00:18 -06:00 |
| 8/16/2024 17:00 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Policies & Documents | Signed | DS-Code of Conduct | Mariana Balderrama |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/16/2024 16:58 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Viewed | DS-Code of Conduct | 08/16/2024 10:58:48 -06:00 |
| 8/16/2024 16:58 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Signed | Drug Policy and Informed Consent | Mariana Balderrama |
| 8/16/2024 16:56 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Viewed | Drug Policy and Informed Consent | 08/16/2024 10:56:33 -06:00 |
| 8/16/2024 16:56 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Signed | 401(k) Participant Notification | Mariana Balderrama |
| 8/16/2024 16:55 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Viewed | 401(k) Participant Notification | 08/16/2024 10:55:01 -06:00 |
| 8/16/2024 16:54 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Signed | PREA Presentation | Mariana Balderrama |
| 8/16/2024 16:51 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Viewed | PREA Presentation | 08/16/2024 10:51:56 -06:00 |
| 8/16/2024 16:51 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Signed | How to Safeguard PII | Mariana Balderrama |
| 8/16/2024 16:50 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Viewed | How to Safeguard PII | 08/16/2024 10:50:48 -06:00 |
| 8/16/2024 16:50 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Signed | FCRA Fact Sheet | Mariana Balderrama |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Viewed | FCRA Fact Sheet | 08/16/2024 10:49:22 -06:00 |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Signed | Driving Policy and MVR Permission | Mariana Balderrama |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Updated | Driving Policy and MVR Permission / Suffix / Suffix | **** |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Updated | Driving Policy and MVR Permission / Middle Name / Middle Name | **** |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Updated | Driving Policy and MVR Permission / NH Middle Name / NH Middle Name | **** |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Updated | Driving Policy and MVR Permission / NH Suffix / NH Suffix | **** |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Updated | Driving Policy and MVR Permission / Driver's License State / Driver's License State | **** |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Updated | Driving Policy and MVR Permission / Driver's License Number / Driver's License Number | **** |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Updated | Driving Policy and MVR Permission / Expiration Date / Expiration Date | **** |
| 8/16/2024 16:49 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Updated | Driving Policy and MVR Permission / Is it a CDL? / Is it a CDL? | **** |
| 8/16/2024 16:48 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Signed | Confidentiality Agreement | Mariana Balderrama |
| 8/16/2024 16:48 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Viewed | Confidentiality Agreement | 08/16/2024 10:48:27 -06:00 |
| 8/16/2024 16:47 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Policies & Documents | Viewed | Driving Policy and MVR Permission | 08/16/2024 10:47:11 -06:00 |
| 8/16/2024 16:46 d1ab7a64-da6d-4f68-b921-97027528b99f 10.212.252.21 balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 Mariana Balderrama | Federal W-4 Revised 01/2024 | Signed | Signature | Mariana Balderrama |

| Date/Time | ID | IP | Email | User | Record ID | Name | Form | Action | Field | Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Single or Married filing separately | No |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Married filing jointly (or Qualifying widow(er)) | No |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Head of household | Yes |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Number of qualifying children under age 17 | 0 |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Amount of child tax credits | 0 |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Number of other dependents | 1 |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Amount of other dependent tax credits | 500 |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Claim Dependents Total | 500 |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Are your paychecks exempt to Federal income tax? | FALSE |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Do you hold more than one job at a time? | N |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | If there are only two jobs total | No |
| 8/16/2024 16:46 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Federal W-4 Revised 01/2024 | Updated | Is your income $200,000 or less? | Y |
| 8/16/2024 16:42 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Direct Deposit | Updated | Account Type 1 | Checking |
| 8/16/2024 16:42 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Direct Deposit | Updated | Account Number 1 | **** |
| 8/16/2024 16:42 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Direct Deposit | Updated | Routing Number 1 | **** |
| 8/16/2024 16:38 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Reasonable Accommodation | Updated | Are you requesting an accommodation to perform your job? | No |
| 8/16/2024 16:38 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Disability Status (Form CC-305) 04/30/2026 | Updated | Today's Date | 8/16/2024 |
| 8/16/2024 16:38 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Disability Status (Form CC-305) 04/30/2026 | Updated | Your Name | Mariana Balderrama |
| 8/16/2024 16:38 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Disability Status (Form CC-305) 04/30/2026 | Updated | Do you have a disability? | Yes, I have a disability, or have had one in the past |
| 8/16/2024 16:37 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Veteran Status | Updated | Are you a protected veteran? | No |
| 8/16/2024 16:37 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Private Information | Updated | Marital Status | |
| 8/16/2024 16:37 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Private Information | Updated | Ethnic Origin | Hispanic/Latino |
| 8/16/2024 16:37 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Private Information | Updated | GenderCode | Female |
| 8/16/2024 16:37 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Private Information | Updated | Date of Birth | 11/23/1996 |
| 8/16/2024 16:37 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Private Information | Updated | SSN | **** |

| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | Phone Number | 9153837362 |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | First Name | Camila |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | Last Name | Calzada Rovirosa |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | Address Line 1 | 7239 Canyon Wren Ave. |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | City | El Paso |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | Zip/Postal Code | 79911 |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | State/Province | Texas |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | Country | USA |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | Email Address | amifh@hotmail.com |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | Phone Type | Home |
| 8/16/2024 16:36 | d1ab7a64-da6d-4f68-b921-97027528b99f | 10.212.252.21 | balderrama.mariana@gmail.com | Mariana Balderrama | 6dd3b045-2b06-408f-9f85-03cc25472694 | Mariana Balderrama | Emergency Contact | Updated | Relationship | Fiance |

# Exhibit C

# Mariana Balderrama  [Inactive employee]

Mariana.Balderrama@deployedservices.com
9157049612
7239 Canyon Wren Ave., El Paso, Texas 79911 United States
⛬ 3155 Housekeeping-Laundry | 3155 Housekeepng Lndry SD | CBP El Paso B

Created by Mariana Balderrama 05/14/2024

## Guard I (Closed)

GUARD001840

| | |
|---|---|
| Applied | 08/12/2024 |
| Job Board | Deployed Services, LLC |
| Current Step | Rejected as of 08/13/2024 |
| Process Phase | Decline |
| Score | N/A |
| Source | Other |

## Work Experience

Teacher's Assistant at The Edron Academy, Mexico City, MX

June 2021 - January 2024

Supported lead teacher in daily lessons and tasks. Facilitated a welcoming and inclusive atmosphere ensuring diversity and respect. Provided one-on-one instructions to students needing additional help, contributing to improved academic performance.

Barista at Starbucks, Seattle, WA

August 2019 - December 2020

Provided exceptional customer service ensuring customer satisfaction. Prepared and served beverages and food items in accordance with company standards.

English Teacher at Amerike University, Mexico City, MX

September 2017 - February 2018

Taught levels B to C to college level students needing to master technical language for their specific study areas. Adapted teaching methods to accommodate diverse learning styles and needs. Provided private tutoring.

Customer Service Rep at Alorica, El Paso, TX

January 2017 - August 2017

Handled customer inquiries and resolved issues efficiently and courteously. Met and exceeded performance targets in a fast-paced environment.

Team Member at Whataburger, El Paso, TX

July 2014 - June 2015

Prepared and served food items according to company standards. Managed drive-thru area ensuring fast and effective service.

## Education

Universidad Iberoamericana

Aug 2016 - May 2019
Bachelors in Literature
Minor in Latin America

## Licenses & Certifications

## Skills

**Customer service** Expert    **Customer service oriented** Expert    **Retail sales** Expert

**Customer inquiries** Expert    **B2c** Advanced    **Teaching** Advanced    **Leadership** Advanced    **Bilingual** Expert

## Behaviors

**Dedicated**    **Detail Oriented**    **Enthusiastic**    **Innovative**    **Thought Provoking**    **Team Player**    **Loyal**

## Motivations

**Ability to Make an Impact**    **Job Security**

## Documents

| File Name | Document Type | Description |
|---|---|---|
| **File Name** | | |
| 📄 MB CV 24 DPLY.pdf | Resume | |
| *Uploaded by Mariana Balderrama* | | |

## References

*Candidate has not completed any references.*

## Application Questions

*How did you hear about this opportunity?*
Other

*When can you start?*
August 12, 2024

*Do you consent to the data you provide in this application being used by the company to consider you for other opportunities as they become available?*
No

*1. Are you authorized to work in the United States?*
➎ Yes
   No

*2. What is your desired salary? Please enter a whole number.*
➎ 24

*3. Are you willing to submit to a pre-employment background check and drug screen?*
➎ Yes
   No

*4. Are you able to perform the essential functions of the job for which you are applying, with or without a reasonable accommodation?*
➎ Yes
   No

*5. What is the highest level of completed education?*
Literature Bachelor

*6. Have you ever or are you currently working for an employment agency at a Deployed Services job site or for Deployed Resources?*
➎ No
   Deployed Resources
   Advanced Dynamics
   AllState or ASAP Security Services
   Blue Rose Consulting
   Express Pros
   Insight Global
   Staff Force
   The Resource
   Other

*7. Do you have a non-compete agreement or any other employment restrictions from a current or previous employer? Please explain.*
No.

*8. Do you consent to receive text messages at the number listed on your application?*
➎ Yes
   No

*(CBP) Are you a U.S. Citizen or Permanent Resident (must possess an unexpired Permanent Resident/Green Card)?*
➎ U.S. Citizen

Permanent Resident
Possess an Employment Authorization Card
No


*(CBP) Were you born outside of the U.S.?*
⬤ Yes
   No


*(CBP) Have you lived in the U.S. 3 out of the past 5 years? (Does not have to be consecutive)*
⬤ Yes
   No

**Exhibit D**

# Mariana Balderrama  ⬚ Inactive employee

Mariana.Balderrama@deployedservices.com
9157049612
7239 Canyon Wren Ave., El Paso, Texas 79911 United States
⛓ 3155 Housekeeping-Laundry | 3155 Housekeepng Lndry SD | CBP El Paso B

Created by Mariana Balderrama 05/14/2024

## Porter I (Closed)

PORTE002437

| | |
|---:|:---|
| Applied | 08/12/2024 |
| Job Board | Deployed Services, LLC |
| Current Step | Rejected as of 08/13/2024 |
| Process Phase | Decline |
| Score | N/A |
| Source | Other |

## Work Experience

**Teacher's Assistant at The Edron Academy, Mexico City, MX**

June 2021 - January 2024

Supported lead teacher in daily lessons and tasks. Facilitated a welcoming and inclusive atmosphere ensuring diversity and respect. Provided one-on-one instructions to students needing additional help, contributing to improved academic performance.

**Barista at Starbucks, Seattle, WA**

August 2019 - December 2020

Provided exceptional customer service ensuring customer satisfaction. Prepared and served beverages and food items in accordance with company standards.

**English Teacher at Amerike University, Mexico City, MX**

September 2017 - February 2018

Taught levels B to C to college level students needing to master technical language for their specific study areas. Adapted teaching methods to accommodate diverse learning styles and needs. Provided private tutoring.

**Customer Service Rep at Alorica, El Paso, TX**

January 2017 - August 2017

Handled customer inquiries and resolved issues efficiently and courteously. Met and exceeded performance targets in a fast-paced environment.

**Team Member at Whataburger, El Paso, TX**

July 2014 - June 2015

Prepared and served food items according to company standards. Managed drive-thru area ensuring fast and effec-
tive service.

## Education

Universidad Iberoamericana

Aug 2016 - May 2019
Bachelors in Literature
Minor in Latin America

## Licenses & Certifications

## Skills

**Customer service** Expert    **Customer service oriented** Expert    **Retail sales** Expert

**Customer inquiries** Advanced    **B2c** Advanced    **Teaching** Advanced    **Bilingual** Expert

## Behaviors

**Dedicated**    **Detail Oriented**    **Enthusiastic**    **Innovative**    **Thought Provoking**    **Team Player**    **Loyal**

## Motivations

**Ability to Make an Impact**    **Job Security**

## Documents

| File Name | Document Type | Description |
|---|---|---|
| **File Name** | | |
| MB CV 24 DPLY.pdf | Resume | |
| *Uploaded by Mariana Balderrama* | | |

## References

*Candidate has not completed any references.*

## Application Questions

*How did you hear about this opportunity?*
Other

*When can you start?*
August 12, 2024

*Do you consent to the data you provide in this application being used by the company to consider you for other opportunities as they become available?*
No

*1. Are you authorized to work in the United States?*
➖ Yes
   No

*2. What is your desired salary? Please enter a whole number.*
✔ 24

*3. Are you willing to submit to a pre-employment background check and drug screen?*
➖ Yes
   No

*4. Are you able to perform the essential functions of the job for which you are applying, with or without a reasonable accommodation?*
➖ Yes
   No

*5. What is the highest level of completed education?*
Bachelors

*6. Have you ever or are you currently working for an employment agency at a Deployed Services job site or for Deployed Resources?*
➖ No
   Deployed Resources
   Advanced Dynamics
   AllState or ASAP Security Services
   Blue Rose Consulting
   Express Pros
   Insight Global
   Staff Force
   The Resource
   Other

*7. Do you have a non-compete agreement or any other employment restrictions from a current or previous employer? Please explain.*
No.

*8. Do you consent to receive text messages at the number listed on your application?*
➖ Yes
   No

*(CBP) Are you a U.S. Citizen or Permanent Resident (must possess an unexpired Permanent Resident/Green Card)?*
✔ U.S. Citizen

Permanent Resident
Possess an Employment Authorization Card
No

*(CBP) Were you born outside of the U.S.?*
⊖ Yes
   No

*(CBP) Have you lived in the U.S. 3 out of the past 5 years? (Does not have to be consecutive)*
⊖ Yes
   No

# Exhibit E

# Mariana Balderrama  [Inactive employee]

Mariana.Balderrama@deployedservices.com
9157049612
7239 Canyon Wren Ave., El Paso, Texas 79911 United States
⊹ 3155 Housekeeping-Laundry | 3155 Housekeepng Lndry SD | CBP El Paso B

Created by Mariana Balderrama 05/14/2024

## Housekeeping & Laundry Aide (Closed)

HOUSE001981

| | |
|---|---|
| Applied | 08/12/2024 |
| Job Board | Deployed Services, LLC |
| Current Step | Hired as of 08/14/2024 |
| Process Phase | Hire |
| Score | N/A |
| Source | Other |

## Work Experience

Teacher's Assistant at The Edron Academy, Mexico City, MX

June 2021 - January 2024

Supported lead teacher in daily lessons and tasks. Facilitated a welcoming and inclusive atmosphere ensuring diversity and respect. Provided one-on-one instructions to students needing additional help, contributing to improved academic performance.

Barista at Starbucks, Seattle, WA

August 2019 - December 2020

Provided exceptional customer service ensuring customer satisfaction. Prepared and served beverages and food items in accordance with company standards.

English Teacher at Amerike University, Mexico City, MX

September 2017 - February 2018

Taught levels B to C to college level students needing to master technical language for their specific study areas. Adapted teaching methods to accommodate diverse learning styles and needs. Provided private tutoring.

Customer Service Rep at Alorica, El Paso, TX

January 2017 - August 2017

Handled customer inquiries and resolved issues efficiently and courteously. Met and exceeded performance targets in a fast-paced environment.

Team Member at Whataburger, El Paso, TX

July 2014 - June 2015

Prepared and served food items according to company standards. Managed drive-thru area ensuring fast and effective service.

## Education

Universidad Iberoamericana

Aug 2016 - May 2019
Bachelors in Literature
Minor in Latin America

## Licenses & Certifications

## Skills

**Customer service** Expert    **Customer service oriented** Expert    **Retail sales** Expert

**Customer inquiries** Advanced    **B2c** Advanced    **Teaching** Advanced    **Bilingual** Expert

## Behaviors

**Dedicated**    **Detail Oriented**    **Enthusiastic**    **Innovative**    **Thought Provoking**    **Team Player**    **Loyal**

## Motivations

**Ability to Make an Impact**    **Job Security**

## Documents

*No documents uploaded.*

## References

*Candidate has not completed any references.*

## Application Questions

*How did you hear about this opportunity?*
Other

*When can you start?*
August 12, 2024

*Do you consent to the data you provide in this application being used by the company to consider you for other opportunities as they become available?*

No

*1. Are you authorized to work in the United States?*
- ◐ Yes
-   No

*2. What is your desired salary? Please enter a whole number.*
- ◉ 24

*3. Are you willing to submit to a pre-employment background check and drug screen?*
- ◐ Yes
-   No

*4. Are you able to perform the essential functions of the job for which you are applying, with or without a reasonable accommodation?*
- ◐ Yes
-   No

*5. What is the highest level of completed education?*
Bachelors

*6. Have you ever or are you currently working for an employment agency at a Deployed Services job site or for Deployed Resources?*
- ◐ No
-   Deployed Resources
-   Advanced Dynamics
-   AllState or ASAP Security Services
-   Blue Rose Consulting
-   Express Pros
-   Insight Global
-   Staff Force
-   The Resource
-   Other

*7. Do you have a non-compete agreement or any other employment restrictions from a current or previous employer? Please explain.*
No.

*8. Do you consent to receive text messages at the number listed on your application?*
- ◐ Yes
-   No

*(CBP) Are you a U.S. Citizen or Permanent Resident (must possess an unexpired Permanent Resident/Green Card)?*
- ◐ U.S. Citizen
-   Permanent Resident
-   Possess an Employment Authorization Card
-   No

*(CBP) Were you born outside of the U.S.?*
- ◐ Yes

No

*(CBP) Have you lived in the U.S. 3 out of the past 5 years? (Does not have to be consecutive)*
⊖ Yes
No

**Exhibit F**

# Mariana Balderrama

balderrama.mariana@gmail.com
+1915-704-9612

## WORK EXPERIENCE

### The Edron Academy
**Mexico City** Teacher's Assistant [Jun. 2021 - Jan. 2024]
- Supported lead teacher in daily lessons and tasks.
- Facilitated a welcoming and inclusive atmosphere ensuring diversity and respect.
- Provided one-on-one instructions  to students needing additional help, contributing to improved academic performance.

### Starbucks
**Seattle, WA**  Barista [Aug. 2019 - Dec. 2020]
- Provided exceptional customer service ensuring customer satisfaction.
- Prepared and served beverages and food items in accordance with company standards.

### Amerike University
**Mexico City** English Teacher [Sept. 2017 - Feb. 2018]
- Taught levels B to C to college level students needing to master technical language for their specific study areas.
- Adapted teaching methods to accommodate diverse learning styles and needs.
- Provided private tutoring.

### Alorica
**El Paso, TX**  Customer Service Rep. [Jan. - Aug. 2017]
- Handled customer inquiries and resolved issues efficiently and courteously.
- Met and exceeded performance targets in a fast-paced environment.

### Whataburger
**El Paso, TX**  Team Member [Jul. 2014 - Jun. 2015]
- Prepared and served food items according to company standards.
- Managed drive-thru area ensuring fast and effective service.

## SUMMARY

Compassionate and dedicated bilingual professional with extensive experience in youth tutoring and customer service. Adept at creating a supportive and nurturing environment for young children, with strong skills in communication, problem-solving, and cultural sensitivity.

## EDUCATION

### Universidad Iberoamericana
[Mexico City]
2016-2019
Latin American Literature Major

## SKILLS

- Fluent in English and Spanish facilitating communication between non-English speakers and service providers.
- Excellent communication and interpersonal skills.
- Experienced in working with children from diverse cultural and socio-economic backgrounds, with an emphasis on inclusivity and respect.
- Proficient in communicating with young children in a clear, supportive, and empathetic manner.
- Skilled in handling customer inquiries and resolving issues with a focus on resolve and satisfaction.

**Exhibit G**

# Mariana Balderrama  [Inactive employee]

Mariana.Balderrama@deployedservices.com
9157049612
7239 Canyon Wren Ave., El Paso, Texas 79911 United States
⛓ 3155 Housekeeping-Laundry | 3155 Housekeepng Lndry SD | CBP El Paso B

Created by Mariana Balderrama 05/14/2024

### Add a note to

| Housekeeping & Laundry Aide ▾ |
| --- |

☐ Important

|  |
| --- |
|  |

4000 characters left

Add

### View

| All Notes ▾ |
| --- |

☐ Marked Important

Mireya Pina moved Mariana Balderrama

08/14/2024
11:03 am

**Housekeeping & Laundry Aide** HOUSE001981

**Make Offer ➜ Hired**

✉ Mario Huitron emailed Mariana Balderrama

08/13/2024
4:31 pm

**Guard I** GUARD001840

hide ∧

Subject: DS Application Status Update
From: Recruiting@deployedservices.com
To: balderrama.mariana@gmail.com
Organizer's calendar: N/A

Hello Mariana Balderrama,

We sincerely appreciate your interest in Deployed Services and your participation in the recruitment process for the Guard I position. After careful consideration and evaluation of all candidates, we regret to inform you that you have not been selected to proceed to the next round of the recruitment process. We understand that this news may be disappointing, and we want to assure you that our decision was made after thorough deliberation. We are thankful for your interest in Deployed Services. Please continue to monitor our job openings, as new opportunities that match your skills and experience may arise in the future. We wish you luck in your future endeavors!

Thanks, The Talent Team!

Mario Huitron moved Mariana Balderrama

08/13/2024
4:31 pm

**Guard I** GUARD001840

**Apply ➜ Rejected**
Hired for HKL MH 08/13

✉ Mario Huitron emailed Mariana Balderrama

08/13/2024
4:31 pm

**Porter I** PORTE002437

hide ∧

Subject: DS Application Status Update
From: Recruiting@deployedservices.com
To: balderrama.mariana@gmail.com
Organizer's calendar: N/A

Hello Mariana Balderrama,

We sincerely appreciate your interest in Deployed Services and your participation in the recruitment process for the Porter I position. After careful consideration and evaluation of all candidates, we regret to inform you that you have not been selected to proceed to the next round of the recruitment process. We understand that this news may be disappointing, and we want to assure you that our decision was made after thorough deliberation. We are

thankful for your interest in Deployed Services. Please continue to monitor our job openings, as new opportunities that match your skills and experience may arise in the future. We wish you luck in your future endeavors!

Thanks, The Talent Team!

Mario Huitron moved Mariana Balderrama

08/13/2024
4:31 pm

**Porter I** PORTE002437

**Apply ➔ Rejected**
Hired for HKL MH 08/13

Mario Huitron moved Mariana Balderrama

08/13/2024
4:30 pm

**Housekeeping & Laundry Aide** HOUSE001981

**Phone Interview ➔ Make Offer**
Added to tracker MH 08/13

Mario Huitron moved Mariana Balderrama

08/13/2024
3:14 pm

**Housekeeping & Laundry Aide** HOUSE001981

**Apply ➔ Phone Interview**
Called and sent text MH 08/13