IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| MARIANA BALDERRAMA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:25-cv-00214-KC |
| DEPLOYED SERVICES, LLC, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| | § | |

### DEFENDANT'S SUPPLEMENTAL BRIEF
### PURSUANT TO THE COURT'S INTERIM ORDER

Defendant Deployed Services, LLC ("Defendant" or "Deployed Services") hereby submits its Supplemental Brief Pursuant to the Court's Interim Order dated December 16, 2025. In response to the Interim Order, Plaintiff's Affidavit does not provide any testimony that actually contradicts Deployed Services' evidence that she signed the Mutual Agreement to Arbitrate Claims (the "Arbitration Agreement") on August 16, 2024. The Affidavit provides a vague recollection of signing "onboarding" documents on two separate dates in September, but she simply cannot refute the evidence that Deployed Services presented with respect to its onboarding procedure, the dates and times on which Plaintiff signed documents, specifically including the Arbitration Agreement, and the IP addresses from which Plaintiff signed documents.

For example, in response to Question No. P3 in her Affidavit, signed on January 6, 2026, Plaintiff alleges that she "signed the documents for the onboarding process, on a computer in Deployed Services's offices, on September 11, 2024." *See* Dkt. 21 (Affidavit of Plaintiff Marianna Balderrama) at 3. Further, in response to Question No. P4, Plaintiff alleges that she signed the

documents at Deployed Services El Paso, Texas, office, located at 16 Concord, El Paso, Texas 79906. *Id*. And, in response to Question No. P5, Plaintiff alleges that Deployed Services provided her with the computer used to sign these onboarding documents on September 11, 2024. *Id*. However, Deployed Services has provided evidence that the IP address associated with the documents Plaintiff signed on August 16, 2024, was either 10.212.252.26 or 10.212.252.21. *See* Dkt. 20 (Decl. of Danielle Lieble) at 7; Ex. B. Deployed Services' El Paso location IP address was 97.77.134.13. *See* Dkt. 20 at 7. Thus, it is not possible that Plaintiff signed any of the onboarding documents listed in Exhibit B to the declaration in support of Deployed Services' response to the Court's Interim Order ("Exhibit B") at Deployed Services' El Paso location. Further, Deployed Services does not have a record of Plaintiff signing *any* documents on September 11, 2024.

In response to Question No. P6, Plaintiff identifies a handful of forms she agrees she signed, including a form disclosing that she had a disability.  *See* Dkt. 21 at 3. However, per Exhibit B, Plaintiff signed the Disability Status Form on August 16, 2024. *See* Dkt 20, Ex. B at 24. In response to Question No. P8, Plaintiff states that she did not provide Deployed Services with her phone until two weeks after she completed the onboarding paperwork. *See* Dkt. 21 at 3-4. Thus, even if hypothetically there was an error with the dates of Exhibit B (and there was not), Plaintiff's signature still appears on the Arbitration Agreement at the same time as she acknowledges she signed other documents on Exhibit B, and Plaintiff denies that anyone else had her phone or her Deployed Services login information at that time.

While Plaintiff provided vague descriptions of some documents she claims to remember signing during the onboarding process, Deployed Services has provided concrete, authenticated records specifically proving that she did sign the Arbitration Agreement. Therefore, Deployed Services requests that the Court grant the Motion to Compel Arbitration.

Date:  January 13, 2026                          Respectfully submitted,

                                                 By:  */s/ Jennifer M. Trulock*
                                                 **JENNIFER M. TRULOCK**
                                                 Texas Bar No. 90001515
                                                 jtrulock@bradley.com
                                                 **LEANNE K. THORESON**
                                                 Texas Bar No. 24065695
                                                 lthoreson@bradley.com

                                                 **BRADLEY ARANT BOULT CUMMINGS LLP**
                                                 1445 Ross Avenue, Suite 3600
                                                 Dallas, Texas 75202
                                                 Telephone: (214) 257-9800
                                                 Facsimile: (214) 939-8787

                                                 **ATTORNEYS FOR DEFENDANT**
                                                 **DEPLOYED SERVICES, LLC**


## CERTIFICATE OF SERVICE

I certify that on this 13th day of January 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve a true and correct copy on all counsel of record.

                                                 */s/ Jennifer M. Trulock*
                                                 Jennifer M. Trulock

3